**No. 11-165. James Riffin, Petitioner v. Maryland Department of the Environment.**

565 U.S. 1150, 132 S. Ct. 1079, 181 L. Ed. 2d 797, 2012 U.S. LEXIS 479.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 944, 132 S. Ct. 412, 181 L. Ed. 2d 259, 2011 U.S. LEXIS 7383.

___

**No. 11-171. Jacqueline Osmolski and Steven Osmolski, Jr., Petitioners v. New Jersey.**

565 U.S. 1150, 132 S. Ct. 1079, 181 L. Ed. 2d 797, 2012 U.S. LEXIS 415.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 944, 132 S. Ct. 413, 181 L. Ed. 2d 259, 2011 U.S. LEXIS 7264.

___

**No. 11-255. Edward Tinsley, Petitioner v. Angela Q. Barksdale.**

565 U.S. 1150, 132 S. Ct. 1079, 181 L. Ed. 2d 797, 2012 U.S. LEXIS 512.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 977, 132 S. Ct. 508, 181 L. Ed. 2d 348, 2011 U.S. LEXIS 7715.

___

**No. 11-298. Rosemarie Clampitt, Petitioner v. James P. Geurin, et ux.**

565 U.S. 1150, 132 S. Ct. 1079, 181 L. Ed. 2d 797, 2012 U.S. LEXIS 525.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1035, 132 S. Ct. 578, 181 L. Ed. 2d 422, 2011 U.S. LEXIS 8137.

___

**No. 11-304. Peter A. Crawford, Petitioner v. Wolverine, Proctor & Schwartz, Inc., et al.**

565 U.S. 1150, 132 S. Ct. 1079, 181 L. Ed. 2d 797, 2012 U.S. LEXIS 514.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1035, 132 S. Ct. 578, 181 L. Ed. 2d 422, 2011 U.S. LEXIS 8136.

___

**No. 11-308. Richard E. Thomas, et al., Petitioners v. Edward Alcoser, et al.**

565 U.S. 1150, 132 S. Ct. 1079, 181 L. Ed. 2d 797, 2012 U.S. LEXIS 548.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 978, 132 S. Ct. 518, 181 L. Ed. 2d 350, 2011 U.S. LEXIS 7890.